RECEIVED
SEP 0 8 2026
BY MAIL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**________________ DIVISION**

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*
Derius Lee Taylor #1193215

v.

Centurion
Andrea Thomas Nurse Practioner
STacey Thomas Director of Nurses
Sarah Seamen
Health Services Administrator

*(Write the full name of each defendant. The caption must include the names of* ***all*** *of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

Case No: ________________
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
[X] Yes [ ] No

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

Sarah Seamen

Health Service Administrator Title

Employee Centurion

Official and individual capacity

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Derius Lee Taylor

Other names you have used: ______

Prisoner Registration Number: 1193215

Current Institution:

Missouri Eastern Correctional Center

Indicate your prisoner status:

- [ ] Pretrial detainee
- [x] Convicted and sentenced state prisoner
- [ ] Civilly committed detainee
- [ ] Convicted and sentenced federal prisoner
- [ ] Immigration detainee
- [ ] Other (explain): ______

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Andrea Thomas

Job or Title: Nurse Practioner

Badge/Shield Number: ______

Employer: Centurion

Address: ______

X Individual Capacity    X Official Capacity

**Defendant 2**

Name: Stacey Thomas

Job or Title: Director of Nurses

Badge/Shield Number: ______

Employer: Centurion

Address: ______

[X] Individual Capacity [X] Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Andrea Thomas took my boot after I informed them that I just came back from an M.R.I.
Stacy Thomas acts like she went to check her computer to confirm my foot is healed & came back and said that it's been healed since June 2024
Sarah Seamen failed to train them adequately so things like this wouldn't happen.
They forced me to miss meals see attached paper

me that since it was not a dancers fracture no surgery was needed. I continued to complain and they had me fill out the paper work to go see a specialist. Then I was transfered to Missouri Eastern Correctional Center. The first couple weeks there I was seen by medical. The nurse practioner told me that I was under the care of the specialist. That the on site medical team could not take any of my layins or equipment/assistants. I was taken out to see the Specialist in September for an MRI. Upon my return I was taken to medical where the nurse practioner/director of nurses, and a nurse told me I had to give my boot up. I informed them I just returned from the hospital getting an M.R.I. They told me I can give them the boot or they will have a corrections officer take it off me. The nurse practioner and director of nurses told me my foot had been healed since June of 2024. They took it and I had to try and attend appointments, meals, and canteen. I missed several meals. Struggled to take showers & use the bathroom It seemed to be the practice of this company because in January I was in debilitating pain & in September when they took the boot. I fell into a bad depression & was scared to do anything really from all the pain I felt. I couldn't exercise my health was declining I started to have pain in my knees & hips & the medical staff will not do anything about it. They returned my boot weeks later.

I certify that all these Statements are true under the penalty of perjury [signature]
08/20/26

I broke my fifth metatarsal playing basketball at Crossroads Correctional Center in January of 2024. I was carted to medical where I explained that I think it was broken because I felt it pop. RN Abby disagreed with and prescribed me crutches that were too small; ace bandage; and ice informed me she believed it was a bad Sprain. At the time my foot had already swollen where it would not fit a shoe. I couldn't put any weight on it and there was ice + snow on the ground. The wind chill was 20 below zero + she forced me to walk/crutch back to the housing unit and it took me more than 15 minutes. I slipped several times because of the ice + crutches not the appropriate height. The [redacted] nurse scheduled me to have a x-ray where they confirmed my foot was fractured. I was given a wheelchair + walking boot. The nurse practioner told me the injury should take 4-6 weeks to heal. Then in the 3rd month after several x-rays + no progress. She informed me that I should try walking without the boot on. While simultaneously saying don't put all my weight on my foot. I told her I was in too much pain to walk without my boot. She said what do you want me to do? I said I think we need to consult a foot doctor. I took another x-ray they sent it off to the Specialist. Then informed

futher my injury + cause me unbearable pain.
not give me proper assistance for taking showers
the emotional distress from weight gain + bad
A1C not being able to exercise being stuck in my
housing unit.

excessive weight gain became pre diabetic severe depression.

**III. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The fracture in my foot caused my debilitating pain. The extended use of the walking boot caused me chronic pain in my knees + back + my hips. I recieved no medical attention for this my knees swell + I can't walk my hips have pain on both sides every time I walk. Walking without the boot caused excruciating pain made my fracture worse with pain + being trapped some days not going anywhere. My back gets so tight I can't move. The emotional toll of not being able do any thing mess mental

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Injunction / compensatory / punitive damages ~~[illegible]~~ not less than $200,000
require them to train + fully staff medical

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Crossroads Correctional facility + Missouri Eastern Correctional Center

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes [ ] No [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes [ ] No [ ] Do not know

If yes, which claim(s)?
8th Amendment cruel + unusual punishment/inadequate medical care

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[/] Yes [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Crossroad Correctional Center

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

inadequate medical care given a walking boot 2/2024 limited mobility for 5 months + had not been sent out to see a speciali

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

Nothing happened

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I was ~~[illegible]~~ in the process of the grievance + was transfered
I filed a grievance but moved + they denied it.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I was told it did not meet the treshold of a law suit

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes ☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. Parties to the previous lawsuit

Plaintiff ______________________________

Defendant(s) ______________________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*): ______________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

Plaintiff ______________________________________________

Defendant(s) ______________________________________________

2. Court (*if federal court, name the district; if state court, name the state and county*)

3. Docket or case number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):____________________

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of 26, 20 26.

Signature of Plaintiff [signature]